IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 18 2017

Deana Williamson, Clerk

DONALD ALLEN TURNER,
TDCJ # 1248114,

      Appellant,

Vs.

THE STATE OF TEXAS,

      Appellee.

)(
)(
)(
)(
)(
)(
)(
)(
)(
)(
)(
)(
)(
)(

PD-0870-17
COA No. 11-17-00065-CR

FILED IN
COURT OF CRIMINAL APPEALS

OCT 20 2017

Deana Williamson, Clerk

APPELLANT SEEKS TO SUSPEND RULES,
PURSUANT TO T.R.A.P. 2

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, DONALD ALLEN TURNER, hereinafter called "Appellant" in the above numbered and styled Cause, and will show the Court ...as follows;

I

TRAP 68.3(a). States--

The petition and all copies of the petition must be filed with the Clerk of the Court of Criminal Appeals.

II

Appellant is incarcerated in Texas Department of Criminal Justice, at the Jester III Unit. Appellant does not have access to a .copy machine, and therfore request this Court to "Suspend TRAP 68.3(a)".

Respectfully Submitted,

/es/Donald Allen Turner

APPELLANT'S MOTION TO SUSPEND RULES  TRAP 2-Page 1 of 1

# REASONS FOR GRANTING REVIEW

TRAP 66.3----

While neither controlling nor fully mearsuing the Court of Criminal Appeals' discretion, the following will be considered by the Court in deciding whether to grant discretionary review:

(a) whether a court of appeals' decision conflicts with another court of appeals' decision on the same issue;

The resolution of this case depends on whether Appellant's sentence is actually illegal. IN fact, "there has never been anything in Texas law that prevented any court with jurisdiction over a criminal case from noticing and correcting an illegal sentence", no matter when or how the relief was sought.

(f) whether a court of appeals has so far departed from the accepted and usual course of judicial proceding, or so far sanctioned such a departure by a lower court, as to call for an excercise of the Court of Criminal Appeals' power of supervision.This Court granted habeas relief on ineffective-assistance claim based on counsel's failure to investigate the eligibility of prior convictions for enhancement purposes.